**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GARFIELD SPENCE,                                          CASE NO.: 9:22-cv-80991-AMC

        Plaintiff,

v.

SOMERSET SHOPPES FLA LLC,

        Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, GARFIELD SPENCE, and Defendant, SOMERSHET SHOPPES FLA LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: September 12, 2022

**ALBERTO R. LEAL, ESQ., P.A.**                    **LAW OFFICES OF NOLAN KLEIN, P.A.**

By:   */s/ Alberto R. Leal*                    By:   */s/ Nolan Klein*
    Alberto R. Leal, Esq.                        Nolan Klein, Esq.
    8927 Hypoluxo Rd. #157                        5550 Glades Road, Suite 500
    Lake Worth, FL 33467                        Boca Raton, FL 33431
    Ph: (954) 637-1868                        Ph: (954) 745-0588
    *Attorneys for Plaintiff*                        *Attorneys for Defendant*
    albertolealesq@gmail.com                        klein@nklegal.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **12th** day of **September,** 2022.

By:  */s/ Nolan Klein*
    NOLAN KLEIN, ESQ.
    Florida Bar No. 64797