**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80991-CIV-CANNON**

**GARFIELD SPENCE**,

 Plaintiff,

v.

**SOMERSET SHOPPES FLA LLC**,

 Defendant.

_____/

## <u>ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE</u>

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 9], filed on September 12, 2022.  Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**, effective September 12, 2022, the date on which the parties filed their Joint Stipulation of Dismissal [ECF No. 9].  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record